UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFF SWANSON, On Behalf )
Of Nominal Defendant, Wave Systems, Corp. )
)
Plaintiff, )
) CIVIL ACTION NO.
v. ) 04-CV-30038-MAP
)
STEVEN SPRAGUE et al., )
)
Defendants. )

NOTICE OF APPEARANCE

To the Clerk of the Above Named Court:

    In accordance with Local Rule 83.5.2, please enter my appearance as attorney for plaintiff, Jeff Swanson, in the above-referenced matter.

Dated: March 25, 2004

William B. Federman
FEDERMAN & SHERWOOD
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Phone: (405) 235-1560
Fax: (405) 239-2112

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on the 25 day of March, 2004, a true copy of the foregoing Notice of Appearance was served by first class mail, postage prepaid on all defense counsel of record.