# United States District Court

DISTRICT OF MASSACHUSETTS

JEFF SWANSON,
    Plaintififf,

V.

STEVEN SPRAGUE, GERARD K. FEENEY, JOHN E. BAGLEY, JR. NOLAN BUSHNELL, GEORGE GILDER And JOHN E. MCCONNAUGHY, JR.,
    Defendants
And WAVE SYSTEMS CORP., Nominal Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-30038-_____

TO: (Name and address of defendant)

George Gilder
C/o Wave Systems, Corp.
480 Pleasant St.
Lee, MA 01238

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alan L. Kovacs
Law Office of Alan L. Kovacs
2001 Beacon St., Suite 106
Boston, MA 02135
(617) 964-1177

an answer to the complaint which is herewith served upon you, within __-20-__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 3/1/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
           Date                   Signature of Server

                                  _____
                                  Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MARCH 16, 2004

# *QUICKSERV*
**ALLSTATE PROCESS SERVERS**

# RETURN OF SERVICE

*I this day summoned the within named* GEORGE GILDEN C/O
WAVE SYSTEM CORP.

*to appear as within directed by delivering to* LINDA SAMBEL, ASSISTANT TO PRESIDENT, 11:20 AM

__X__   *in hand*

No.    840 PLEASANT ST.
*in the*  LEE            *District of said*  BERKSHIRE         *County an attested copy of the* SUMMONS AND COMPLAINT

*Service and travel*       28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of 90 miles in the service of this process*

Kevin Kohler
_____
Process Server