UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE SACHS, Derivatively on behalf of WAVE SYSTEMS CORP., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER and JOHN E. McCONNAUGHY, JR., <br><br> Defendants, <br><br> and <br><br> WAVE SYSTEMS CORP., a Delaware Corporation, <br><br> Nominal Defendant. | CIVIL ACTION <br> NO. 04-30032-MAP |

(Additional captions continued on next page)

### NOTICE OF APPEARANCE

| | |
|---|---|
| JEFF SWANSON, Derivatively on behalf of WAVE SYSTEMS CORP., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER and JOHN E. McCONNAUGHY, JR., <br><br> Defendants, <br><br> and <br><br> WAVE SYSTEMS CORP., a Delaware Corporation, <br><br> Nominal Defendant. | CIVIL ACTION <br> NO. 04-30038-KPN |
| CHARLENE HARVEY, Derivatively on behalf of WAVE SYSTEMS CORP., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER and JOHN E. McCONNAUGHY, JR., <br><br> Defendants, <br><br> and <br><br> WAVE SYSTEMS CORP., a Delaware Corporation, <br><br> Nominal Defendant. | CIVIL ACTION <br> NO. 04-30044-MAP |

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michael D. Blanchard of the law firm of Bingham McCutchen, LLP, One State Street, Hartford, CT, 06103 (860) 240-2700, as counsel for Defendants Steven Sprague, Gerard T. Feeney, John E. Bagalay,

- 3 -

Jr., Nolan Bushnell, George Gilder and John E. McConnaughy, Jr., and for Nominal Defendant Wave Systems Corp.

Respectfully Submitted,

*[signature]*

Michael D. Blanchard, BBO #636860
**BINGHAM McCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
(860) 240-2700

Dated: September 1, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served by hand upon each attorney of record for each party at the September 1, 2004 hearing, and by mail upon each attorney of record for each party on September 1, 2004.

*[signature]*

Michael D. Blanchard

- 3 -