UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
JEFF SWANSON,                  )
            Plaintiff          )
                               )
      v.                       ) CIVIL ACTION NO. 04-30038-MAP
                               )
STEVEN SPRAGUE, ET AL,         )
            Defendants         )
```

MEMORANDUM AND ORDER REGARDING
MOTION TO CONSOLIDATE
AND APPOINT LEAD COUNSEL
(Docket No. 6)

September 3, 2004

PONSOR, U.S.D.J.

    The plaintiff's Motion to Consolidate and Appoint Lead Counsel (Docket No. 6) is hereby ALLOWED.  The case is hereby consolidated with the case of <u>Sachs v. Sprague</u>, C.A. 04-30032-MAP.

    Details regarding lead and liaison counsel and a schedule for completion of proceedings may be found in the order issued in <u>Sachs</u> this day.  Based on the allowance of the motion to consolidated in this case, this case is ordered closed.  Any further proceedings in this case will be in the <u>Sachs</u> case.

    It is So Ordered.

/s/ Michael A. Ponsor<br>
MICHAEL A. PONSOR<br>
U. S. District Judge